UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: KREISHER, DAVID               §   Case No. 09-20291-JS
       KREISHER, SHARON              §
                                     §
Debtor(s)                            §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
<u>DAVID GROCHOCINSKI, TRUSTEE</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   Clerk of U.S. Bankruptcy Court
   219 S. Dearborn Street
   Chicago, IL  60604

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:00am on 08/13/2010 in Courtroom 4016, United States Courthouse, DuPage County Courthouse
505 N. County Farm Road
DuPage, IL  60187.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (9/1/2009)**

Date Mailed:  07/07/2010          By:  /s/DAVID GROCHOCINSKI, TRUSTEE
                                                        Trustee

DAVID GROCHOCINSKI, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**UST Form 101-7-NFR (9/1/2009)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: KREISHER, DAVID | § | Case No. 09-20291-JS |
| KREISHER, SHARON | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*     $ 165,002.53

*and approved disbursements of*     $ 150,380.53

*leaving a balance on hand of* [1]     $ 14,622.00

Claims of secured creditors will be paid as follows:

*Claimant*                                    *Proposed Payment*
                   N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | | Fees | Expenses |
|---|---|---|---|
| Trustee | DAVID GROCHOCINSKI, TRUSTEE | $ 7,500.00 | $ 116.47 |
| Attorney for trustee | GROCHOCINSKI, GROCHOCINSKI & LLOYD, LTD. | $ 3,000.00 | $ 46.49 |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC | $ 1,485.00 | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| *Attorney for debtor* | $_____ | $_____ |
| *Attorney for* _____ | $_____ | $_____ |
| *Accountant for* _____ | $_____ | $_____ |
| *Appraiser for* _____ | $_____ | $_____ |
| *Other* _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

*Claim Number    Claimant                                Allowed Amt. of Claim    Proposed Payment*

N/A

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 25,842.18 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 9.6 percent.

Timely allowed general (unsecured) claims are as follows:

*Claim Number    Claimant                                Allowed Amt. of Claim    Proposed Payment*

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| 1 | Roundup Funding, LLC | $ 783.61 | $ 75.01 |
| 2 | SPIRIT OF AMERICA NATIONAL BANK/LANE BRYANT | $ 1,274.55 | $ 121.99 |
| 3 | PYOD LLC as assignee of Citibank | $ 643.54 | $ 61.60 |
| 4 | PYOD LLC as assignee of Citibank | $ 4,109.13 | $ 393.30 |
| 5 | Chase Bank USA, N.A. | $ 7,083.42 | $ 677.97 |
| 6 | Chase Bank USA, N.A. | $ 8,496.73 | $ 813.25 |
| 7 | Chase Bank USA, N.A. | $ 3,451.20 | $ 330.32 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number    Claimant                          Allowed Amt. of Claim    Proposed Payment*
                                N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number    Claimant                          Allowed Amt. of Claim    Proposed Payment*
                                N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-NFR (9/1/2009)**

Prepared By:  /s/DAVID GROCHOCINSKI, TRUSTEE
Trustee

DAVID GROCHOCINSKI, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: kseldon               Page 1 of 1                  Date Rcvd: Jul 09, 2010
Case: 09-20291                Form ID: pdf006             Total Noticed: 21

The following entities were noticed by first class mail on Jul 11, 2010.
db/jdb        +David Kyle Kreisher,    Sharon Kreisher,    1506 Windfield Way,    Roselle, IL 60172-4716
aty           +Nathan J Reusch,    Law Offices of Peter Francis Geraci,    55 E. Monroe St. Suite #3400,
                Chicago, IL 60603-5920
aty           +Ross T Brand,    Law Offices of Peter Francis Geraci,    55 E. Monroe St. # 3400,
                Chicago, IL 60603-5920
tr            +David E Grochocinski,    Grochocinski, Grochocinski & Lloyd, Ltd.,    1900 Ravinia Place,
                Orland Park, IL 60462-3760
14000142      +BANK OF America,    Attn: Bankruptcy Dept.,    4161 Piedmont Pkwy,    Greensboro, NC 27410-8119
14000146      +CHASE,   Attn: Bankruptcy Dept.,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
14000140      +CITI,   Attn: Bankruptcy Dept.,    Po Box 6241,    Sioux Falls, SD 57117-6241
14000141      +Capital One,    Attn: Bankruptcy Dept.,    Po Box 85520,    Richmond, VA 23285-5520
14473714       Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
14485355      +Chase Bank USA,N.A.,    c/o Creditors Bankruptcy Service,    P O Box 740933,
                Dallas, TX 75374-0933
14000143      +Equifax,    Attn: Bankruptcy Dept.,    P.O. Box 740241,    Atlanta, GA 30374-0241
14000144      +Experian,    Attn: Bankruptcy Dept.,    P.O. Box 2002,    Allen, TX 75013-2002
14000138      +LANE BRYANT RETAIL/SOA,    Attn: Bankruptcy Dept.,    450 Winks Ln,    Bensalem, PA 19020-5932
14473695      +PYOD LLC its successors and assigns as assignee of,    Citibank,    c/o Resurgent Capital Services,
                PO Box 19008,    Greenville, SC 29602-9008
14455816       SPIRIT OF AMERICA NATIONAL BANK/LANE BRYANT,    FIRST EXPRESS,    PO BOX 856132,
                LOUISVILLE, KY   40285-6132
14000145      +TransUnion,    Attn: Bankruptcy Dept.,    P.O. Box 1000,    Chester, PA 19016-1000
14000136      +US BANK HOME Mortgage,    Attn: Bankruptcy Dept.,    4801 Frederica St,    Owensboro, KY 42301-7441
14000148      +Washington Mutual Bank,    Bankruptcy Department,    PO Box 99604,    Arlington, TX 76096-9604
14000137      +Wfnnb/Woman/Within,    Attn: Bankruptcy Dept.,    4590 E Broad St,    Columbus, OH 43213-1301

The following entities were noticed by electronic transmission on Jul 09, 2010.
14000139      +E-mail/PDF: cr-bankruptcy@kohls.com Jul 10 2010 00:06:59      Kohls/Chase,
                Attn: Bankruptcy Dept.,    N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
14410571       E-mail/PDF: BNCEmails@blinellc.com Jul 10 2010 00:02:03      Roundup Funding, LLC,    MS 550,
                PO Box 91121,    Seattle, WA 98111-9221
                                                                                               TOTAL: 2

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14000147*     +CHASE,   Attn: Bankruptcy Dept.,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
                                                                                               TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Jul 11, 2010**                    **Signature:**  *Joseph Speetjens*