**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

In re: KREISHER, DAVID　　　　　　　　　　　§　Case No. 09-20291-JS
　　　　KREISHER, SHARON　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　　　§
　Debtor(s)　　　　　　　　　　　　　　　　§

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

　　DAVID GROCHOCINSKI, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

　　1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

　　2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $0.00 | Assets Exempt: $46,932.00 |
| Total Distribution to Claimants: $108,298.19 | Claims Discharged Without Payment: $23,367.28 |
| Total Expenses of Administration: $26,705.20 | |

　　3) Total gross receipts of $ 165,003.39 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 30,000.00 (see **Exhibit 2**), yielded net receipts of $135,003.39 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $105,823.29 | $105,823.29 | $105,823.29 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 28,636.55 | 26,705.20 | 26,705.20 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 25,842.18 | 25,842.18 | 2,474.90 |
| **TOTAL DISBURSEMENTS** | $0.00 | $160,302.02 | $158,370.67 | $135,003.39 |

4) This case was originally filed under Chapter 7 on June 03, 2009.
. The case was pending for 15 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8** . The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  09/13/2010           By:  /s/DAVID GROCHOCINSKI, TRUSTEE
                                           Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| 1506 WINDFIELD WAY, ROSELLE, IL | 1110-000 | 165,000.00 |
| Interest Income | 1270-000 | 3.39 |
| **TOTAL GROSS RECEIPTS** | | **$165,003.39** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| DAVID & SHARON KREISHER | EXEMPTIONS DUE DEBTORS | 8100-002 | 0.00 |
| DAVID KREISHER | EXEMPTION | 8100-002 | 15,000.00 |
| SHARON KREISHER | EXEMPTION | 8100-002 | 15,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$30,000.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

**UST Form 101-7-TDR (9/1/2009)**

**EXHIBIT 3 –SECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| US BANK | 4110-000 | N/A | 80,160.51 | 80,160.51 | 80,160.51 |
| BANK OF AMERICA | 4110-000 | N/A | 25,662.78 | 25,662.78 | 25,662.78 |
| **TOTAL SECURED CLAIMS** | | $0.00 | $105,823.29 | $105,823.29 | $105,823.29 |

**EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID GROCHOCINSKI, TRUSTEE | 2100-000 | N/A | 10,000.10 | 7,500.00 | 7,500.00 |
| DAVID GROCHOCINSKI, TRUSTEE | 2200-000 | N/A | 116.47 | 116.47 | 116.47 |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 3120-000 | N/A | 46.49 | 46.49 | 46.49 |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 3110-000 | N/A | 2,431.25 | 3,000.00 | 3,000.00 |
| SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC | 3410-000 | N/A | 1,485.00 | 1,485.00 | 1,485.00 |
| DUPAGE COUNTY TREASURER | 2820-000 | N/A | 3,747.56 | 3,747.56 | 3,747.56 |
| DUPAGE COUNTY TREASURER | 2820-000 | N/A | 852.18 | 852.18 | 852.18 |
| KOENIG & STREY | 3510-000 | N/A | 3,975.00 | 3,975.00 | 3,975.00 |
| CENTURY 21 PRO TEAM | 3510-000 | N/A | 4,275.00 | 4,275.00 | 4,275.00 |
| CHICAGO TITLE & TRUST | 2820-000 | N/A | 247.50 | 247.50 | 247.50 |
| ALMA PROPERTY MGMT | 2500-000 | N/A | 220.00 | 220.00 | 220.00 |
| CHICAGO TITLE & TRUST | 2500-000 | N/A | 150.00 | 150.00 | 150.00 |
| CHICAGO TITLE & TRUST | 2500-000 | N/A | 1,090.00 | 1,090.00 | 1,090.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 28,636.55 | 26,705.20 | 26,705.20 |

**UST Form 101-7-TDR (9/1/2009)**

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | N/A | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | N/A | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Roundup Funding, LLC | 7100-000 | N/A | 783.61 | 783.61 | 75.05 |
| SPIRIT OF AMERICA NATIONAL BANK/LANE BRYANT | 7100-000 | N/A | 1,274.55 | 1,274.55 | 122.06 |
| PYOD LLCas assignee of Citibank | 7100-000 | N/A | 643.54 | 643.54 | 61.63 |
| PYOD LLC as assignee of Citibank | 7100-000 | N/A | 4,109.13 | 4,109.13 | 393.53 |
| Chase Bank USA, N.A. | 7100-000 | N/A | 7,083.42 | 7,083.42 | 678.38 |
| Chase Bank USA, N.A. | 7100-000 | N/A | 8,496.73 | 8,496.73 | 813.73 |
| Chase Bank USA,N.A. | 7100-000 | N/A | 3,451.20 | 3,451.20 | 330.52 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 0.00 | 25,842.18 | 25,842.18 | 2,474.90 |

**UST Form 101-7-TDR (9/1/2009)**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 09-20291-JS  
**Case Name:** KREISHER, DAVID  
KREISHER, SHARON  
**Period Ending:** 09/13/10

**Trustee:** (520067) DAVID GROCHOCINSKI, TRUSTEE  
**Filed (f) or Converted (c):** 06/03/09 (f)  
**§341(a) Meeting Date:** 08/04/09  
**Claims Bar Date:** 12/01/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1506 WINDFIELD WAY, ROSELLE, IL | 189,333.00 | 52,581.00 | | 165,000.00 | FA |
| 2 | CHECKING ACCOUNT | 2,000.00 | 0.00 | | 0.00 | FA |
| 3 | HOUSEHOLD GOODS | 2,000.00 | 0.00 | | 0.00 | FA |
| 4 | BOOKS, ETC. | 200.00 | 0.00 | | 0.00 | FA |
| 5 | WEARING APPAREL | 350.00 | 0.00 | | 0.00 | FA |
| 6 | JEWELRY | 200.00 | 0.00 | | 0.00 | FA |
| 7 | LIFE INSURANCE | 5,382.00 | 0.00 | | 0.00 | FA |
| 8 | 2002 FORD EXPEDITION | 4,500.00 | 0.00 | | 0.00 | FA |
| 9 | 1989 MONTE CARLO | 500.00 | 0.00 | | 0.00 | FA |
| 10 | TOOLS | 1,500.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 3.39 | FA |
| 11 | Assets Totals (Excluding unknown values) | **$205,965.00** | **$52,581.00** | | **$165,003.39** | **$0.00** |

**Major Activities Affecting Case Closing:**

EMPLOYED BROKER; ATTEMPTING TO SELL REAL ESTATE

**Initial Projected Date Of Final Report (TFR):**   December 31, 2012        **Current Projected Date Of Final Report (TFR):**   July 8, 2010   (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 09-20291-JS | | Trustee: | DAVID GROCHOCINSKI, TRUSTEE (520067) |
|---|---|---|---|---|
| Case Name: | KREISHER, DAVID | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | KREISHER, SHARON | | Account: | ***-*****50-65 - Money Market Account |
| Taxpayer ID #: | **-***6017 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 09/13/10 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|---|
| 03/25/10 | | CHICAGO TITLE & TRUST | SALE OF REAL ESTATE | | | 44,619.47 | | 44,619.47 |
| | {1} | | | 165,000.00 | 1110-000 | | | 44,619.47 |
| | | US BANK | | -80,160.51 | 4110-000 | | | 44,619.47 |
| | | BANK OF AMERICA | SECOND MORTGAGE | -25,662.78 | 4110-000 | | | 44,619.47 |
| | | DUPAGE COUNTY TREASURER | 2009 COUNTY TAXES | -3,747.56 | 2820-000 | | | 44,619.47 |
| | | DUPAGE COUNTY TREASURER | 2010 REAL ESTATE TAXES | -852.18 | 2820-000 | | | 44,619.47 |
| | | KOENIG & STREY | | -3,975.00 | 3510-000 | | | 44,619.47 |
| | | CENTURY 21 PRO TEAM | COMMISSION | -4,275.00 | 3510-000 | | | 44,619.47 |
| | | | TRANSFER TAX | -247.50 | 2820-000 | | | 44,619.47 |
| | | ALMA PROPERTY MGMT | ASSOCIATION FEES | -220.00 | 2500-000 | | | 44,619.47 |
| | | | COMMITMENT FEE/OVERNIGHT FEE | -150.00 | 2500-000 | | | 44,619.47 |
| | | | OWNERS TITLE POLICY | -1,090.00 | 2500-000 | | | 44,619.47 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | | | 1270-000 | 0.18 | | 44,619.65 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is  0.0500% | | 1270-000 | 0.30 | | 44,619.95 |
| 04/06/10 | | Wire out to BNYM account 9200******5065 | Wire out to BNYM account 9200******5065 | | 9999-000 | -44,619.95 | | 0.00 |

|  |  |  |  |
|---|---|---|---|
| | ACCOUNT TOTALS | 0.00 | 0.00 | $0.00 |
| | Less: Bank Transfers | -44,619.95 | 0.00 | |
| | **Subtotal** | **44,619.95** | **0.00** | |
| | Less: Payments to Debtors | | 0.00 | |
| | **NET Receipts / Disbursements** | **$44,619.95** | **$0.00** | |

{} Asset reference(s)                                                                          Printed: 09/13/2010 10:05 AM    V.12.52

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| **Case Number:** | 09-20291-JS | | **Trustee:** | DAVID GROCHOCINSKI, TRUSTEE (520067) |
|---|---|---|---|---|
| **Case Name:** | KREISHER, DAVID | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | KREISHER, SHARON | | **Account:** | ***-*****50-66 - Checking Account |
| **Taxpayer ID #:** | **-***6017 | | **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Period Ending:** | 09/13/10 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)

Printed: 09/13/2010 10:05 AM    V.12.52

Exhibit 9

## Form 2

Page: 3

### Cash Receipts And Disbursements Record

**Case Number:** 09-20291-JS  
**Case Name:** KREISHER, DAVID  
KREISHER, SHARON  
**Taxpayer ID #:** **-***6017  
**Period Ending:** 09/13/10  

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******50-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********5065 | Wire in from JPMorgan Chase Bank, N.A. account ********5065 | 9999-000 | 44,619.95 | | 44,619.95 |
| 04/09/10 | 11001 | DAVID & SHARON KREISHER | EXEMPTIONS DUE DEBTORS Voided on 04/09/10 | 8100-002 | | 30,000.00 | 14,619.95 |
| 04/09/10 | 11001 | DAVID & SHARON KREISHER | EXEMPTIONS DUE DEBTORS Voided: check issued on 04/09/10 | 8100-002 | | -30,000.00 | 44,619.95 |
| 04/09/10 | 11002 | DAVID KREISHER | EXEMPTION | 8100-002 | | 15,000.00 | 29,619.95 |
| 04/09/10 | 11003 | SHARON KREISHER | EXEMPTION | 8100-002 | | 15,000.00 | 14,619.95 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 0.82 | | 14,620.77 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 0.63 | | 14,621.40 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 0.60 | | 14,622.00 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 0.62 | | 14,622.62 |
| 08/13/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0500% | 1270-000 | 0.24 | | 14,622.86 |
| 08/13/10 | | To Account #9200******5066 | TRANSFER FUNDS TO PREPARE FOR FINAL DISTRIBUTION | 9999-000 | | 14,622.86 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 44,622.86 | 44,622.86 | $0.00 |
| | | | Less: Bank Transfers | | 44,619.95 | 14,622.86 | |
| | | | **Subtotal** | | 2.91 | 30,000.00 | |
| | | | Less: Payments to Debtors | | | 30,000.00 | |
| | | | **NET Receipts / Disbursements** | | **$2.91** | **$0.00** | |

{} Asset reference(s)  

Printed: 09/13/2010 10:05 AM    V.12.52

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 09-20291-JS
**Case Name:** KREISHER, DAVID
KREISHER, SHARON
**Taxpayer ID #:** **-***6017
**Period Ending:** 09/13/10

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******50-66 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 08/13/10 | | From Account #9200******5065 | TRANSFER FUNDS TO PREPARE FOR FINAL DISTRIBUTION | 9999-000 | 14,622.86 | | 14,622.86 |
| 08/13/10 | 10101 | DAVID GROCHOCINSKI, TRUSTEE | Dividend paid 100.00% on $7,500.00, Trustee Compensation; Reference: | 2100-000 | | 7,500.00 | 7,122.86 |
| 08/13/10 | 10102 | DAVID GROCHOCINSKI, TRUSTEE | Dividend paid 100.00% on $116.47, Trustee Expenses; Reference: | 2200-000 | | 116.47 | 7,006.39 |
| 08/13/10 | 10103 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | Dividend paid 100.00% on $46.49, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 46.49 | 6,959.90 |
| 08/13/10 | 10104 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | Dividend paid 100.00% on $3,000.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 3,000.00 | 3,959.90 |
| 08/13/10 | 10105 | SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC | Dividend paid 100.00% on $1,485.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 1,485.00 | 2,474.90 |
| 08/13/10 | 10106 | Roundup Funding, LLC | Dividend paid 9.57% on $783.61; Claim# 1; Filed: $783.61; Reference: | 7100-000 | | 75.05 | 2,399.85 |
| 08/13/10 | 10107 | SPIRIT OF AMERICA NATIONAL BANK/LANE BRYANT | Dividend paid 9.57% on $1,274.55; Claim# 2; Filed: $1,274.55; Reference: | 7100-000 | | 122.06 | 2,277.79 |
| 08/13/10 | 10108 | PYOD LLCas assignee of Citibank | Dividend paid 9.57% on $643.54; Claim# 3; Filed: $643.54; Reference: | 7100-000 | | 61.63 | 2,216.16 |
| 08/13/10 | 10109 | PYOD LLC as assignee of Citibank | Dividend paid 9.57% on $4,109.13; Claim# 4; Filed: $4,109.13; Reference: | 7100-000 | | 393.53 | 1,822.63 |
| 08/13/10 | 10110 | Chase Bank USA, N.A. | Dividend paid 9.57% on $7,083.42; Claim# 5; Filed: $7,083.42; Reference: | 7100-000 | | 678.38 | 1,144.25 |
| 08/13/10 | 10111 | Chase Bank USA, N.A. | Dividend paid 9.57% on $8,496.73; Claim# 6; Filed: $8,496.73; Reference: | 7100-000 | | 813.73 | 330.52 |
| 08/13/10 | 10112 | Chase Bank USA,N.A. | Dividend paid 9.57% on $3,451.20; Claim# 7; Filed: $3,451.20; Reference: | 7100-000 | | 330.52 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 14,622.86 | 14,622.86 | $0.00 |
| Less: Bank Transfers | 14,622.86 | 0.00 | |
| **Subtotal** | 0.00 | 14,622.86 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$14,622.86** | |

{} Asset reference(s)

Printed: 09/13/2010 10:05 AM V.12.52

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

**Case Number:** 09-20291-JS  
**Case Name:** KREISHER, DAVID  
KREISHER, SHARON  
**Taxpayer ID #:** **-***6017  
**Period Ending:** 09/13/10

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******50-66 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

|  |  |
|---|---|
| Net Receipts : | 44,622.86 |
| Plus Gross Adjustments : | 120,380.53 |
| Less Payments to Debtor : | 30,000.00 |
| Net Estate : | $135,003.39 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****50-65** | 44,619.95 | 0.00 | 0.00 |
| **Checking # ***-*****50-66** | 0.00 | 0.00 | 0.00 |
| **MMA # 9200-******50-65** | 2.91 | 0.00 | 0.00 |
| **Checking # 9200-******50-66** | 0.00 | 14,622.86 | 0.00 |
|  | $44,622.86 | $14,622.86 | $0.00 |

{} Asset reference(s)

Printed: 09/13/2010 10:05 AM    V.12.52